Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard, Suite 172
Boise, Idaho  83705
Telephone:  (208) 424-8188
Facsimile:  (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

| | | |
|---|---|---|
| In Re: | ) | |
|    WASMUND, PAUL ARMITAGE | ) | CHAPTER 7 |
| | ) | |
|    WASMUND, MICHELLE LYNN | ) | CASE NO.10-02648JDP |
| | ) | |
|            Debtor(s) | ) | |
| | ) | |

NOTICE OF SALE BY TRUSTEE

TO THE DEBTORS, DEBTORS' ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

     PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC 363(f)(1), Bankruptcy Rule 6004 (b).  This sale will take place unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (550 W Fort Street, MSC 042, Boise, ID 83724) and the Trustee on or before November 7, 2011.

1. DESCRIPTION OF PROPERTY TO BE SOLD:

    The real property in Pahoa, Hawaii, legally described as:

    Lot 510, area 8,052 sq.ft., Nanawale Estates Subdivision Unit 3-A, File Plan No. 996; Tax Map Key Number 1-4-74-106

    Together with an non-exclusive easement, for roadway purposes, over and across all streets and roadways delineated upon File Plan No. 644, upon File Plan No. 780 and upon said File Plan No. 996; Reserving unto Title Guaranty Escrow Services, Inc., a Hawaii corporation, the right to convey said streets and roadways to the State or County of Hawaii for use as public thoroughfares, at which tire[sic] said easement shall terminate.

2. TYPE OF SALE:
    (X)  Public Auction

3. TERMS OF SALE:
    ( X)  Cash

4. TIME AND PLACE OF SALE:
    November 16, 2011; via internet sale ending at 4:00 p.m.
    BKAssets.com, LLC
    216 N Center, Mesa, AZ 85201

NOTICE OF SALE  10-02648 JDP

5. TREATMENT OF EXISTING LIENS:

   (X) Sale free and clear of all liens with all valid liens to attach to the sale proceeds. Trustee may pay any liens listed below without further notice or hearing.

6. VALUE OF PROPERTY TO BE SOLD:

   (X) The appraised value of the property is $1,000.00, which is based on Auctioneer's estimated value after inspection.

7. AUTHORITY FOR CONDUCTING SALE:
   (X) 11 USC 363(f)(1)          ( ) 11 USC 363(f)(4)
   ( ) 11 USC 363(f)(2)          ( ) 11 USC 363(f)(5)
   ( ) 11 USC 363(f)(3)          ( ) Other:

8. MISCELLANEOUS INFORMATION:
   ( ) Pending Offers:
   (X) Estimated net proceeds to be retained by the estate: $900.00.
   (X) This sale shall be effective immediately and the ten-day stay imposed by Rule 6004(g) and other rules is hereby waived.


Date:   October 12, 2011

                                        /S/ Richard E. Crawforth                .
                                        Richard E. Crawforth,
                                        Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date as indicated below, I electronically filed the foregoing Notice of Sale with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

JON R. WILSON
4614 W. EMERALD ST
BOISE, ID 83706

Served by U.S. MAIL

WASMUND, PAUL ARMITAGE
WASMUND, MICHELLE LYNN
2251 S. BERKELEY ST.
BOISE, ID  83705

BKAssets.com, LLC
216 N Center
Mesa, AZ 85201
angie@bkassets.com

/S/  Richard E. Crawforth             .
Chapter 7 Bankruptcy Trustee
Date: October 12, 2011